IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ANTHONY GRINSTON                                          PLAINTIFF

VS.                          CIVIL ACTION NO. 3:10CV562TSL-MTP

AMERICAN MEDICAL RESPONSE, INC. AND
EMERGENCY MEDICAL SERVICES CORPORATION               DEFENDANTS

### **AGREED ORDER OF DISMISSAL WITH PREJUDICE**

This cause came on to be heard on the motion of the parties to dismiss this action with prejudice because this action has been fully compromised and settled, and the Court, finding that such motion is well taken and should be granted,

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause is hereby dismissed with prejudice as to all parties, with the parties to bear their own costs.

SO ORDERED AND ADJUDGED, this the   25th  day of July, 2011.


/s/Tom S. Lee_____
DISTRICT COURT JUDGE


APPROVED AND AGREED:


s/Don H. Evans_____
ATTORNEY FOR PLAINTIFF


s/Tom Julian_____
ATTORNEY OF DEFENDANTS